**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sport Incentives, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3981239** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1050 Pauly Dr.** <br> **Elk Grove Village, IL 60007** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.smartincentives.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Sport Incentives, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>3379</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

| Debtor | **Sport Incentives, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**    Check all that apply:

☑   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Sport Incentives, Inc.**                                  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Sport Incentives, Inc.**

Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2024**
MM / DD / YYYY

X **/s/ Susan I. Jesselson**                        Susan I. Jesselson
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Joseph E. Cohen**                        Date    **March  5, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Joseph E. Cohen**
Printed name

**Cohen & Krol**
Firm name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone    **312-368-0300**    Email address    **jcohen@cohenandkrol.com**

**3123243 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name      **Sport Incentives, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration      _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2024**              X **/s/ Susan I. Jesselson**
                                                    Signature of individual signing on behalf of debtor

                                                    **Susan I. Jesselson**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **Sport Incentives, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Chase Line of Credit** | | $145,674.44 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001022
Louisville, KY 40290**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien upon assets of debtor**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2007 through 2024**

**Last 4 digits of account number**
**9003**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **SBA EIDL loan** | | $212,250.48 | Unknown |
|---|---|---|---|---|

Creditor's Name

**409 3rd St. SW.
Washington, DC 20416**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien upon assets of the Debtor**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021 – 2023**

**Last 4 digits of account number**
**8604**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Sport Incentives, Inc.**
_____
　Name

Case number (*if known*)  _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.　**Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　| **$357,924.92** |

**Part 2:**　**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Sport Incentives, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Illinois Department of Employment Security**<br>**33 S. State Street**<br>**Chicago, IL 60603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,449.05 | $2,449.05 |
| | Date or dates debt was incurred<br>**2023 – 2024** | Basis for the claim:<br>**Employment taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**P.O. Box 19013**<br>**Springfield, IL 62794-9013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $456.03 | $456.03 |
| | Date or dates debt was incurred<br>**2022 – 2023** | Basis for the claim:<br>**Sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Sport Incentives, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.35 | $68.35 |
|---|---|---|---|---|

**Internal Revenue Service**
**200 Constitution Ave. NW.**
**Washington, DC 20210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023 – 2024**

Basis for the claim:
**Federal unemployment taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,815.00 | $3,350.00 |
|---|---|---|---|---|

**My Marketing Solutions**
**300 Brickstone Sq.**
**Suite 201**
**Andover, MA 01810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**January, 2024**

Basis for the claim:
**No goods were shipped on order placed with debtor**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,468.00 | $3,350.00 |
|---|---|---|---|---|

**Tyler Gun Works**
**1507 W. 5th St.**
**Friona, TX 79035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2023**

Basis for the claim:
**60% of the order was shipped. $3,468 is 40% of the total order.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $428.55 |

As of the petition filing date, the claim is: Check all that apply.

**A & B Freight Lines, Inc.**
**PO Box 6026**
**Rockford, IL 61125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  Freight

Last 4 digits of account number  R105

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sport Incentives, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,252.98 |
|---|---|---|---|

**American Express**
PO Box 360002
Fort Lauderdale, FL 33336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 – 2021**

**Basis for the claim:  Credit card**

Last 4 digits of account number **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.50 |
|---|---|---|---|

**American Express**
PO Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

**Basis for the claim:  Credit card**

Last 4 digits of account number **3004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.50 |
|---|---|---|---|

**Capital One Visa**
PO Box 649260160197
Carol Stream, IL 60197-6019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Credit Card**

Last 4 digits of account number **9480**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,499.01 |
|---|---|---|---|

**Chase MC**
PO Box 1423
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023 – 2024**

**Basis for the claim:  Credit Card**

Last 4 digits of account number **5580**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.91 |
|---|---|---|---|

**Chase Visa**
PO Box 15153
Wilmington, DE 19886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Credit Card**

Last 4 digits of account number **1950**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.73 |
|---|---|---|---|

**Chase Visa Ink**
PO Box 1423
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2024**

**Basis for the claim:  Credit Card**

Last 4 digits of account number **0040**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.70 |
|---|---|---|---|

**Cicero Mfg. & Supply, Inc.**
PO Box 2082
Glenview, IL 60025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Supplies**

Last 4 digits of account number **1900**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sport Incentives, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Comcast**
**P. O. Box 37601**
**Philadelphia, PA 19101-0601**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  1599**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utiity**

Is the claim subject to offset? ■ No ☐ Yes

$251.54

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Coyote Logistics LLC**
**PO Box 742636**
**Atlanta, GA 30374**

**Date(s) debt was incurred  2023 to 24**

**Last 4 digits of account number  1CIL**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Freight**

Is the claim subject to offset? ■ No ☐ Yes

$1,580.81

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Early Warning Alarms, Inc.**
**PO Box 428**
**Bedford Park, IL 60499**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Elk Grove Village**
**9001 Wellington Ave.**
**Elk Grove Village, IL 60007**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  4145**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Water bill**

Is the claim subject to offset? ■ No ☐ Yes

$122.24

---

**3.13**

**Nonpriority creditor's name and mailing address**

**FedEx**
**PO Box 94515**
**Palatine, IL 60094**

**Date(s) debt was incurred  2023 – 2024**

**Last 4 digits of account number  6460**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Messenger**

Is the claim subject to offset? ■ No ☐ Yes

$900.55

---

**3.14**

**Nonpriority creditor's name and mailing address**

**GDM CNC Routing**
**204 5th St. N.W.**
**Dyersville, IA 52040**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Material**

Is the claim subject to offset? ■ No ☐ Yes

$6,688.00

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Greif/ Newark**
**PO Box 779200**
**Chicago, IL 60677**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  0157**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Material**

Is the claim subject to offset? ■ No ☐ Yes

$2,122.78

---

| Debtor | **Sport Incentives, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,445.69**

**Illinois Fibre Specialty Co., Inc.**
**4301 S. Western Blvd.**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Material**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.35**

**Loadsmart**
**PO Box 2999**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Freight**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,122.78**

**National Metalwares, LP**
**PO Box 87618**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Material**

Last 4 digits of account number **0120**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,065.00**

**Net Centrix**
**3015 E. New York St.**
**STE A2-131**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **IT Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$502.26**

**Nicor Gas**
**PO box 5407**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Utility**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,545.00**

**Pauley Drive Buildings, LLC**
**956 S. Bartlett Rd.**
**Suite 116**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Rent**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00**

**PPAChicago**
**2625 Butterfield Rd.**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade show**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sport Incentives, Inc.**
_____     Case number *(if known)* _____
Name

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**3.23**

**Nonpriority creditor's name and mailing address**
**PVC Tech**
**1931 East Vista Bella Way**
**Rancho Dominguez, CA 90220**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,816.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Star Manufacturing Inc.**
**1200 Russell Cave Rd.**
**Lexington, KY 40505**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,235.40**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Sutton Transport, Inc.**
**PO Box 378**
**Schofield, WI 54476**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **0157**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No  ☐ Yes

**$113.37**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**T-G Ad Service**
**4535 W. Fullerton Ave.**
**Chicago, IL 60639**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printing services**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,497.83**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**TForce Worldwide Inc.**
**PO Box 7410328**
**Chicago, IL 60674**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **4935**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No  ☐ Yes

**$214.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Trendler, Inc.**
**4540 W. 51st St.**
**Chicago, IL 60632**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,850.00**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

Debtor    **Sport Incentives, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 10,256.43 |
| **5b. Total claims from Part 2** | 5b.  + | $ 74,835.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 85,091.91 |

**Fill in this information to identify the case:**

Debtor name     **Sport Incentives, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **lease for 1050 Pauly Drive, Elk Grove Village, IL 60007** | |
| State the term remaining    **none** | **Pauley Drive Buildings, LLC 956 S. Bartlett Rd. Suite 116 Bartlett, IL 60103** |
| List the contract number of any government contract    _____ | |

**Fill in this information to identify the case:**

Debtor name    **Sport Incentives, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Sport Incentives, Inc.** _____   Case No. _____
                                    Debtor(s)                Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $ _____ **3,500.00**

   Prior to the filing of this statement I have received _____   $ _____ **3,500.00**

   Balance Due _____   $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  5, 2024** _____       **/s/ Joseph E. Cohen** _____
_Date_                                            **Joseph E. Cohen**
                                                  _Signature of Attorney_
                                                  **Cohen & Krol**
                                                  **105 West Madison Street**
                                                  **Suite 1100**
                                                  **Chicago, IL 60602**
                                                  **312-368-0300  Fax: 312-368-4559**
                                                  **jcohen@cohenandkrol.com**
                                                  _Name of law firm_

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sport Incentives, Inc.** _____   Case No. _____

                                                    Debtor(s)      Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **36**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March  5, 2024** _____        **/s/ Susan I. Jesselson** _____
                                                    **Susan I. Jesselson/President**
                                                    Signer/Title

A & B Freight Lines, Inc.
PO Box 6026
Rockford, IL 61125


American Express
PO Box 360002
Fort Lauderdale, FL 33336


American Express
PO Box 650448
Dallas, TX 75265


Capital One Visa
PO Box 649260160197
Carol Stream, IL 60197-6019


Chase Line of Credit
PO Box 9001022
Louisville, KY 40290


Chase MC
PO Box 1423
Charlotte, NC 28201


Chase Visa
PO Box 15153
Wilmington, DE 19886


Chase Visa Ink
PO Box 1423
Charlotte, NC 28201


Cicero Mfg. & Supply, Inc.
PO Box 2082
Glenview, IL 60025


Comcast
P. O. Box 37601
Philadelphia, PA 19101-0601


Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374

Early Warning Alarms, Inc.
PO Box 428
Bedford Park, IL 60499


Elk Grove Village
9001 Wellington Ave.
Elk Grove Village, IL 60007


FedEx
PO Box 94515
Palatine, IL 60094


GDM CNC Routing
204 5th St. N.W.
Dyersville, IA 52040


Greif/ Newark
PO Box 779200
Chicago, IL 60677


Illinois Department of Employment
Security
33 S. State Street
Chicago, IL 60603


Illinois Department of Revenue
P.O. Box 19013
Springfield, IL 62794-9013


Illinois Fibre Specialty Co., Inc.
4301 S. Western Blvd.
Chicago, IL 60609


Internal Revenue Service
200 Constitution Ave. NW.
Washington, DC 20210


Loadsmart
PO Box 2999
Phoenix, AZ 85062


My Marketing Solutions
300 Brickstone Sq.
Suite 201
Andover, MA 01810

National Metalwares, LP
PO Box 87618
Chicago, IL 60680


Net Centrix
3015 E. New York St.
STE A2-131
Aurora, IL 60504


Nicor Gas
PO box 5407
Carol Stream, IL 60197


Pauley Drive Buildings, LLC
956 S. Bartlett Rd.
Suite 116
Bartlett, IL 60103


Pauley Drive Buildings, LLC
956 S. Bartlett Rd.
Suite 116
Bartlett, IL 60103


PPAChicago
2625 Butterfield Rd.
Oak Brook, IL 60523


PVC Tech
1931 East Vista Bella Way
Rancho Dominguez, CA 90220


SBA EIDL loan
409 3rd St. SW.
Washington, DC 20416


Star Manufacturing Inc.
1200 Russell Cave Rd.
Lexington, KY 40505


Sutton Transport, Inc.
PO Box 378
Schofield, WI 54476

T-G Ad Service
4535 W. Fullerton Ave.
Chicago, IL 60639


TForce Worldwide Inc.
PO Box 7410328
Chicago, IL 60674


Trendler, Inc.
4540 W. 51st St.
Chicago, IL 60632


Tyler Gun Works
1507 W. 5th St.
Friona, TX 79035

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sport Incentives, Inc.**
                                                Debtor(s)

Case No.
Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sport Incentives, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Susan I. Jesselson**
**1050 Paula Dr.**
**Elk Grove Village, IL 60007**

☐ None [*Check if applicable*]

**March  5, 2024**
Date

**/s/ Joseph E. Cohen**
**Joseph E. Cohen**
Signature of Attorney or Litigant
Counsel for   **Sport Incentives, Inc.**
**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300 Fax:312-368-4559**
**jcohen@cohenandkrol.com**

**COHEN & KROL**

ATTORNEYS AT LAW
790 ESTATE DRIVE
SUITE 180
DEERFIELD, IL 60015
TELEPHONE (312) 368-0300
FAX (312) 368-4559

ALLAN R. COHEN (1923 - 1989)

JOSEPH E. COHEN
GINA B. KROL

## REPRESENTATION AGREEMENT

I, Susan I. Jesselson, President of Sport Incentives, Inc. discussed with Joseph E. Cohen of COHEN & KROL ("C & K") the companies objectives in filing a Chapter 7 proceeding and I agree to have the Debtor or a third party pay $3,500.00 as a retainer for legal services to be rendered for the filing of a Chapter 7. The Debtor or a third party will advance the sum of $428.00 for reimbursement of expenses to be incurred by Cohen & Krol.

The Debtor or a third party has paid an Advance Payment Retainer of $3,500.00 to Cohen & Krol. An Advance Payment Retainer is a present payment to a lawyer in exchange for the commitment to provide legal services in the future. Ownership of an Advance Payment Retainer passes to the lawyer immediately upon payment, making it easier for Cohen & Krol to continue represent the Debtor in its bankruptcy. You recognize that an Advanced Payment Retainer may be advantageous to the Debtor, because it may protect the retainer from creditors, and Cohen & Krol is unable to represent the Debtor without protection afforded by an Advance Payment Retainer. The Advance Payment Retainer will be deposited into a Cohen & Krol business account, and not into a client funds account, as ownership of the Advance Payment Retainer passes to Cohen & Krol upon payment. We feel this amount is reasonable since we anticipate significant legal fees in handling your project. You acknowledge that you have the right to choose the type of retainer that you pay to Cohen & Krol and that you are choosing to make and Advance Payment Retainer.

COHEN & KROL agrees to render legal service for all aspects of the

1

bankruptcy case, including:

a. Analyze Client's financial circumstance based on information provided by Client;
b. Make recommendations to Client on options for debt relief based upon information provided by Client;
c. Advise Client of the requirements which must be satisfied by debtors in a Chapter 7 case.
d. Prepare and file the petition, schedules, disclosures and the documents which must be filed in the contemplated bankruptcy case based upon information provided by Client;
e. Represent Client at the meeting of creditors and in providing information to the case Trustee and the U.S. Trustee;
f. Provide competent legal services its Client to fulfill the objectives of the engagement;
g. Provide advice and consultation to its Client on matters or issues relating to the engagement; and
h. Keep its Client informed of significant events relating to the engagement.

Responsibilities of Sport Incentives, Inc.

During the term of this engagement, its Client agrees to:

a. Provide C&K with full, accurate and timely information concerning the subject of the engagement;
b. Provide C&K with all documents within Client's possession or control relating to the subject of the engagement;
c. When requested to do so, to appear at scheduled meetings, telephone conferences, depositions and court hearings;
d. Cooperate and assist the attorneys and paralegal assigned by C&K to represent the Clients in performing their duties;
e. Make all payments of retainers, fees and costs required under this Agreement when due; and
f. Retain and preserve all documents, including information stored in an electronic format and emails, and all other evidence related to the subject of the engagement.

Fees for additional services not covered by this Agreement will be at the hourly billing rate of $570.00 an hour for Joseph E. Cohen, $570.00 for Gina B. Krol and $350.00 an hour for an associate attorney.

2

The services of COHEN & KROL can be terminated at any time.  Similarly, COHEN & KROL may withdraw from its representation of you, consistent with the Rules of Professional Conduct, should you fail to disclose any material facts or act contrary to the Firm's advice, or if anything else occurs that, in the Firm's judgment, impairs its ability to continue an effective attorney-client relationship.

Although we will perform our professional services on your behalf to the best of our ability, we cannot make, and have not made, any guarantees regarding the outcome of the matter for which you have engaged us.  Our expressions about the outcome of the matter are our best professional estimates only and are limited by our knowledge at the time they are expressed.

Date: March 5, 2024

Signed:

Sport Incentives, Inc.                              Cohen & Krol

BY: _____        BY: _____
        Its President                                      Attorney for Debtor